THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WESTPORT BY THE SEA, PHASE III CONDOMINIUM OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEST AMERICAN INSURANCE COMPANY, an Indiana Company; THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire Company; OHIO SECURITY INSURANCE COMPANY, a New Hampshire Company; LIBERTY MUTUAL HOLDING COMPANY, INC., a Massachusetts Company; INSURANCE COMPANY OF THE WEST, a California Company; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York Company; PACIFIC INSURANCE COMPANY, LIMITED, a Connecticut Company; MT. HAWLEY INSURANCE COMPANY, an Illinois Company; WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Company; QBE SPECIALTY INSURANCE COMPANY, a North Dakota Company; PRAETORIAN SPECIALTY INSURANCE COMPANY, a North Dakota Company; PRAETORIAN INSURANCE COMPANY, a North Dakota Company; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 3:21-cv-05645-DGE<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY** |

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY
NO. 3:21-CV-05645-DGE

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

# **STIPULATION**

The only remaining parties to the present action are Plaintiff WESTPORT BY THE SEA, PHASE III CONDOMINIUM OWNERS ASSOCIATION and Defendant WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("Westchester").

By and through their attorneys of record, Plaintiff and Defendant Westchester hereby stipulate and agree to the dismissal of all claims between them, without prejudice and without fees or costs awarded against any party.

Dated this 12th day of September, 2022.

STEIN, SUDWEEKS & STEIN, PLLC

By: */s/ Daniel J. Stein*
    Jerry H. Stein, WSBA No. 27721
    Justin D. Sudweeks, WSBA No. 28755
    Daniel J. Stein, WSBA No. 48739
    Dylan P. Hannafious, WSBA No. 57355
    16400 Southcenter Parkway, Suite 410
    Tukwila, Washington 98188
    Office: (206) 388-0660
    Fax: (206) 286-2660
    Email:    jstein@condodefects.com
              justin@condodefects.com
              dstein@condodefects.com
              dylan@condodefects.com

*Attorneys for Plaintiff Westport By the Sea, Phase III Condominium Owners Association*

Dated this 12th day of September, 2022.

COZEN O'CONNOR

By: */s/ Peter Berg*
    William F. Knowles, WSBA No. 17212
    Peter Berg, WSBA No. 46757
    999 Third Avenue, Suite 1900
    Seattle, Washington 98104
    Telephone: 206.340.1000
    Facsimile: 206.621.8783
    Email:    wknowles@cozen.com
              pberg@cozen.com

*Attorneys for Defendant Westchester Surplus Lines Insurance Company*

STIPULATION AND ORDER FOR DISMISSAL OF
DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE
COMPANY - 1
NO. 3:21-CV-05645-DGE
LEGAL\59409163\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

# ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Stipulation of the above-referenced parties, and the Court having reviewed the Stipulation and finding good cause, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims between Plaintiff and Defendant Westchester are hereby dismissed in their entirety without prejudice and without fees or costs against any party.

DATED this 13th day of September, 2022.

_____
David G. Estudillo
United States District Judge

Presented by:

COZEN O'CONNOR


By: */s/ Peter Berg*
William F. Knowles, WSBA No. 17212
Peter Berg, WSBA No. 46757
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
E-mail:   wknowles@cozen.com
             pberg@cozen.com

*Attorneys for Defendant Westchester Surplus Lines Insurance Company*

//

//

//

//

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY - 2
NO. 3:21-CV-05645-DGE
LEGAL\59409163\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

1 //
*Attorneys for Defendant Westchester Surplus Lines Insurance Company*

Approved; Notice of Presentation Waived:

STEIN, SUDWEEKS & STEIN, PLLC

By: ␣␣*/s/ Daniel J. Stein*
␣␣␣␣␣␣Jerry H. Stein, WSBA No. 27721
␣␣␣␣␣␣Justin D. Sudweeks, WSBA No. 28755
␣␣␣␣␣␣Daniel J. Stein, WSBA No. 48739
␣␣␣␣␣␣Jessica R. Burns, WSBA No. 49852
␣␣␣␣␣␣Stein, Sudweeks & Stein, PLLC
␣␣␣␣␣␣16400 Southcenter Parkway, Suite 410
␣␣␣␣␣␣Tukwila, Washington 98188
␣␣␣␣␣␣Office: (206) 388-0660
␣␣␣␣␣␣Fax: (206) 286-2660
␣␣␣␣␣␣Email:␣␣␣jstein@condodefects.com
␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣justin@condodefects.com
␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣dstein@condodefects.com
␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣jessica@condodefects.com

*Attorneys for Plaintiff Westport By the Sea, Phase III Condominium Owners Association*

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY - 3
NO. 3:21-CV-05645-DGE
LEGAL\59409163\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 12th day of September, 2022.

        COZEN O'CONNOR

        By:  */s/ Bonnie L. Buckner*
          Bonnie L. Buckner, Legal Secretary
          999 Third Avenue, Suite 1900
          Seattle, Washington 98104
          Telephone: 206.340.1000
          Email:  bbuckner@cozen.com

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY - 4
NO. 3:21-CV-05645-DGE
LEGAL\59409163\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000